(November 1, 1905.)

## GOODING v. COWEN.
### [83 Pac. 234.]

This is a companion case of *Gooding v. Proffitt,* the facts being substantially the same.

J. J. Guheen, Attorney General, Edwin Snow and F. S. Wettach, for Petitioners.

James E. Gyde, County Attorney of Shoshone County, W. E. Stillinger, County Attorney of Latah County, and B. S. Crow, County Attorney of Nez Perce County, for Defendants.

AILSHIE, J.—The facts in this case are substantially the same as the facts in the case of *Gooding v. Proffitt, ante,* p. 380, 83 Pac. 230. The questions of law involved are identical with those determined in the Gooding-Proffitt case, and upon the authority of that case the judgment in this case will be entered in favor of plaintiffs, and the writ will issue.

Stockslager; C. J., and Sullivan, J., concur.